**AMENDED**

nunc pro tunc to May 3, 2010

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: SA CR07-00212-DOC |
| Plaintiff, | ) JUDGMENT REVOKING SUPERVISION |
| vs | ) |
| TEODORO GIOCOCHEA-CHAVEZ | ) |
| Defendant. | ) |

WHEREAS, on May 3, 2010, came the attorney for the Government, Gregory Staples and the defendant appeared in person with appointed counsel, Andrea Jacobs, and the defendant admits Allegation No. 1, as stated in Petition filed March 10, 2009, as amended April 22, 2010. Allegation 2 in Petition filed March 10, 2009, is hereby dismissed.

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, Supervised Release is hereby revoked and Teodoro Giocochea-Chavez is sentenced to 4 months custody, with credit for time served, with no supervised release to follow. The Court advises defendant that he will be deported.

1
2       Defendant advised of appeal rights.
3
4       IT IS ORDERED that the Clerk deliver a copy of this Judgment to the U.S. Marshal and
5  the U.S. Probation Office and this copy shall serve as the commitment of the defendant.
6
7  DATE: May 6, 2010                           _____
                                                Hon. DAVID O. CARTER
8                                               UNITED STATES DISTRICT JUDGE
9
10 FILED:
   TERRY NAFISI, Clerk of Court
11
   by Lori Anderson
12      Deputy Clerk
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28